# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

__Hassan Aljarah__
[You are the PLAINTIFF, print your full name on this line.]

v.

__Warden Smiley__
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number __3:25-cv-344__
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | Warden Smiley, E.C. (complex director) Ms. Corly | 5501 S. 1100 west WCC Westville, IN 46391 |
| 2 | Captain Lee - Major Cornett, Lieutenant Burris | 5501 S. 1100 west WCC Westville, IN 46391 |
| 3 | Sgt. Flakes, Sgt. Hashman, Sgt. Killingsworth, ofc. arcieness | 5501 S. 1100 west WCC Westville, IN 46391 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __9__

2. What is the name and address of your prison or jail? __5501 S. 1100 west WCC westville, IN 46391__

3. Did the event you are suing about happen there? ☒ Yes. ☐ No, it happened at: _____

4. On what date did this event occur? __January 28th, 2025__

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

30

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
    DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how each defendant violated your rights.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
    DO NOT: Include social security numbers, dates of birth, or the names of minors.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [The first paragraph has been numbered for you.]

1. On 1-28-25 there was an explosion in the basement of the dorm i am housed in O1-East. i woke up to coughing and burning eyes, and didnt know what was going on. Once i came to i seen that the dorm was filled with thick smoke. I couldnt see where i was going. I then along with others tried to notify the c/o to let us outside so we could get fresh air because i couldnt breathe. The c/o would not let myself or anyone outside to get fresh air, and relief from breathing in the smoke. Since then i have went to medical and was told by the doctor that i had inhaled alot of smoke, so that was why i was dealing with Not being able to breathe or shortness of breath. I still to this day am dealing with bouts of coughing and shortness of breath because of inhaling the smoke that day. I then did my

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

research to see if there were any safety measures in place. I found that there are not any working fire alarm warning systems in the dorm I am housed in, or any dorm. There are not any Emergency lights along the corridor. There are not any illuminated EXITS signs, and there are no fire drills done monthly as required. There are 8 Fire alarms throughout this dorm NONE which have wires in them, or batteries. The space where the illuminated Exit signs are, is empty, and there is only the outline of the sign. Lastly there isn't a working exhaust system to expell the smoke. The water is also an issue. There is particles that float. Rodents, and roaches are rampant throughout, without anyone coming in to exterminate. As i have stated before, i have been in a similar event before in April 12th 2017 at ISP. There an inmate died in his cell, which is where the fire originated. We were not let out of our cells for a significant time, and alot of men had issues related to inhaling smoke over time. I broke my knee and injured my back because when i was coming down stairs i tripped and fell because i could not see where i was, due to lack of not

Claims and Facts (continued)

being able to see. Lastly there was only one toilet for 80 men to use. All these things are a huge risk to my safety, and could cause harm, Physically and have already caused me mental harm. IFC - IBC - OSHA EPA are all government agencies that require I.D.O.C. to abide by regulations that are to be followed. Westville corr facility is in violation of many things, but most importantly in violation of my Constitutional rights to be free from deliberate indifference. Also B-Building that's here at Westville corr. facility, the roof collapsed and they had to condemn the entire building.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   - ◯ Before I was confined.
   - ◯ While I was confined awaiting trial.
   - ⊗ After I was convicted while confined serving the sentence.
   - ◯ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ◯ No.
   - ⊗ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s). ~~46C01-1809-CT-001585~~ 46C01-1809-CT-001585

7. Could you have used a prison grievance system to complain about this event?
   - ◯ No, this event is not grievable at this prison or jail.
   - ⊗ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ◯ Yes, this event was grievable, but I did not file a grievance because _____

_____

_____

_____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   for Westville to install working fire alarm warning Systems - emergency lights in corridor. Exit Signs - exhaust system - conduct monthly fire drills. Compensation $700,000.00

[Initial Each Statement]
   X   I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
   X   I will keep a copy of this complaint for my records.
   X   I will promptly notify the court of any change of address.
   X   I WILL NOT send more than one copy of any filing to the court.
   X   I WILL NOT send summons, USM-285, or waiver forms to the clerk.
   X   I declare under penalty of perjury that the statements in this complaint are true.

   I placed this complaint in the prison mail system on ____/____/20 25 at _____ am/pm.
   [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

   _____          233392
   Signature                                  Prisoner Number

   [DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]